

# Fourth Court of Appeals
## San Antonio, Texas

September 2, 2014

No. 04-14-00436-CV

Judith **ZAFFIRINI**, David H. Arredondo and Clarissa N. Chapa, As Co-Trustees of the Exempt Trust of Rocio Gonzalez Guerra,
Appellants

v.

Rocio G. Guerra,
Appellee

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2008-PB7-000016-L2
Honorable Jesus Garza, Judge Presiding

## O R D E R

Appellee's unopposed motion for extension of time to file brief is hereby GRANTED. Time is extended to September 12, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of September, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court